583 A.2d 789

John F. ZETTICK and Richard Kus

v.

BOARD OF SUPERVISORS OF RICHLAND
TOWNSHIP, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 3, 1990.

Decided Jan. 7, 1991.

Robert B. McKinstry, Jr., Winifred M. Prendergast, Philadelphia, for appellant.

William J. Carlin, John P. Koopman, Langhorne, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.